FILED

MAR 31 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

THOMAS JOSEPH GODDARD,

Plaintiff - Appellant,

v.

COUNTY OF CONTRA COSTA; et al.,

Defendants - Appellees.

No. 25-2205

D.C. No. 3:25-cv-02910-CRB

Northern District of California,
San Francisco

ORDER

Before: PAEZ, CHRISTEN, and KOH, Circuit Judges.

The mandate issued on January 13, 2026. We take no action on the motions (Docket Entry Nos. 53, 55, 56, 58) for various relief.

No further filings will be entertained in this closed case.